CHARLES A. HIRSCH, as Agent for 1139 BRIGHTON BEACH AVENUE REALTY CORP., Landlord, Respondent, *v.* RUWIN COLEMAN, Tenant, Appellant.

Supreme Court, Appellate Term, Second Department, January 22, 1948.

*Jesse Victor Levy* for appellant.

No appearance for respondent.

MEMORANDUM *Per Curiam.* The corporate landlord is an entity distinct from its sole stockholders and therefore does not come within the purview of paragraph (2) of subdivision (a) of section 209 of the Federal Housing and Rent Act of 1947 (U. S. Code, tit. 50, Appendix, § 1881 *et seq.*).

The final order should be unanimously reversed upon the law, with $30 costs to the tenant, and final order directed for the tenant.

MACCRATE, STEINBRINK and FENNELLY, JJ., concur.

Final order reversed, etc.